# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| | | |
|---|---|---|
| **MARISA CATOTA, individually and on behalf of all others similarly situated** | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 4:23-cv-03187 |
| | ) ) | |
| **TIERRA VIVA, INC. and EDUARDO LOPEZ, individually** | ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Henry Moffett, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on August 31, 2023, at 3:47 pm. I delivered these documents to Tierra Viva, Inc. in Harris County, TX on September 5, 2023 at 10:19 am at 1430 Pine Chase Dr, Houston, TX 77055 by leaving the following documents with Eduardo Lopez who as Registered Agent at Tierre Viva Inc is authorized by appointment or by law to receive service of process for Tierra Viva, Inc..

Plaintiff's Original Collection Action Complaint
Notice of Consent to Become a Party-Plaintiff to a Lawsuit Brought Under the Fair Labor Standards Act
Civil Cover Sheet
Summons in a Civil Action

Hispanic or Latino Male, est. age 62, glasses: N, Gray hair, 260 lbs to 280 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=29.7990348,-95.4876014
Photograph: See Exhibit 1

My name is Henry Moffett, my date of birth is 9/17/1958, and my address is 2715 Marble Manor Lane, Katy, TX 77449, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Henry Moffett*

Executed in

_Harris County_____,

Henry Moffett
+1 (281) 731-9134
Certification Number: PSC-20118
Expiration Date: 9/30/2023

_TX_____  on  _9/5/2023_____.

# Exhibit 1

Exhibit 1a)

