# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS
- HOUSTON DIVISION

| | |
|---|---|
| **MARISA CATOTA, individually and on behalf of all others similarly situated,** ) ) *Plaintiff* ) ) v. ) ) **TIERRA VIVA, INC. and EDUARDO LOPEZ, individually,** ) ) *Defendant* | Civil Action No. 4:23-cv-3187 |

## AFFIDAVIT OF SERVICE

I, Henry Moffett, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on August 31, 2023, at 3:47 pm. I delivered these documents to Eduardo Lopez in Harris County, TX on September 5, 2023 at 10:20 am at 1430 Pine Chase Dr, Houston, TX 77055 by personal service by handing the following documents to an individual identified as Eduardo Lopez.

Summons in a Civil Action
Plaintiff's Original Collective Action Complaint
Notice of Consent to Become a Party-Plaintiff to a Lawsuit Brought Under the Fair Labor Standards Act
Civil Cover Sheet

Hispanic or Latino Male, est. age 62, glasses: N, Gray hair, 260 lbs to 280 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=29.7990348,-95.4876014
Photograph: See Exhibit 1

My name is Henry Moffett, my date of birth is 9/17/1958, and my address is 2715 Marble Manor Lane, Katy, TX 77449, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ____Harris County_____,
____TX____ on ____9/5/2023_____.

/s/ *Henry Moffett*
_____
Henry Moffett
+1 (281) 731-9134
Certification Number: PSC-20118
Expiration Date: 9/30/2023

Below are my previous attempts at serving Eduardo Lopez:

Date / Time: September 5, 2023 10:12 am
Address: 1430 Pine Chase Dr, Houston, TX 77055
Geolocation: https://google.com/maps?q=29.7969689,-95.4888919
Description: No response at 1010 on 9/5/23. Multiple vehicles in driveway. Left note on front door

# Exhibit 1

Exhibit 1a)

