IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARISA CATOTA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>Plaintiff<br><br>V<br><br>TIERRA VIVA, INC., AND EDUARDO LOPEZ, INDIVIDUALLY.<br>Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. 4:23-cv-3187 |

### ORDER

Before the Court is Defendants Tierra Viva, inc. and Eduardo Lopez' "Unopposed Motion to Extend Answer Deadline." After considering the Motion and the pleadings, the Motion is Granted. Defendants' answer deadline is October 25, 2023.

It is so ORDERED.

Signed on _____, 2023

_____
THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE