United States District Court
Southern District of Texas
**ENTERED**
September 22, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MARISA CATOTA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br> Plaintiff | § § § § § | |
| V | § § | CIVIL ACTION NO. 4:23-cv-3187 |
| TIERRA VIVA, INC., AND EDUARDO LOPEZ, INDIVIDUALLY. <br> Defendants | § § § § | |

## ORDER

Before the Court is Defendants Tierra Viva, inc. and Eduardo Lopez' "Unopposed Motion to Extend Answer Deadline." After considering the Motion and the pleadings, the Motion is Granted. Defendants' answer deadline is October 25, 2023.

It is so ORDERED.

Signed on _____September 21_____, 2023

_____

THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE