IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARISA CATOTA,** individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 4:23-cv-3187 |
| **TIERRA VIVA, INC.** and **EDUARDO LOPEZ,** individually, | § § § § | |
| Defendants. | § § § § § | |

## NOTICE OF FILING ADDITIONAL CONSENT

Plaintiff hereby files this Notice of Filing Additional Consent in connection with the above-entitled and -numbered action, and in support attaches the following:

Exhibit A – Cecilia Blanco Consent.

                Respectfully submitted,

                **GASPER LAW PLLC**

    By:   *s/ Travis Gasper*
               Travis Gasper, *attorney-in-charge*
               Texas Bar No. 24096881
               SDTX Bar No. 3073720
               1408 N. Riverfront Blvd., Suite 323
               Dallas, Texas 75207
               Phone: (469) 663-7736
               Fax: (833) 957-2957
               Email: travis@travisgasper.com

                **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Kevin M. Chavez
KEVIN M. CHAVEZ, PLLC
6260 Westpark Dr., Suite 303
Houston, Texas 77057
ATTORNEY-IN-CHARGE FOR DEFENDANTS

*s/ Travis Gasper*
Travis Gasper