IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARISA CATOTA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TIERRA VIVA, INC. and EDUARDO LOPEZ, individually,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§　Civil Action No. 4:23-cv-3187<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Plaintiff, Marisa Catota, individually and on behalf of all others similarly situated, and Defendants, Tierra Viva, Inc. and Eduardo Lopez, individually, file this Joint Motion for Continuance of Scheduling Conference, and in support would show the Court the following:

　　1.　　The Initial Pretrial and Scheduling Conference in this case is currently set for December 1, 2023 (ECF 5);

　　2.　　The Parties are presently discussing a potential resolution in this case, before either party incurs the time and expenses that come with litigation, and without taking up judicial resources.

　　3.　　The Parties believe extending the Scheduling Conference by 30 days will give them the opportunity to evaluate whether resolution is possible or if this case will proceed in Court.

WHEREFORE, Plaintiff and Defendants request that the Scheduling Conference in this matter currently set for December 1, 2023, be rescheduled to January 2024, and that all related deadlines be reset accordingly.

Respectfully submitted,

| | |
|---|---|
| **GASPER LAW PLLC** | Kevin M. Chavez, PLLC |
| By:  *s/ Travis Gasper*<br>Travis Gasper, *attorney-in-charge*<br>Texas Bar No. 24096881<br>SDTX Bar No. 3073720<br>1408 N. Riverfront Blvd., Suite 323<br>Dallas, Texas 75207<br>Phone: (469) 663-7736<br>Fax: (833) 957-2957<br>Email: travis@travisgasper.com | By:  /s/ Kevin Chavez (with permission)<br>6260 Westpark Drive, Suite 303<br>Texas Bar No. 24034371<br>SDTX Bar No. 32889<br>6260 Westpark Dr., Suite 303<br>Houston, Texas 77057<br>Phone: (832) 209-2209<br>Fax: (866) 929-1647<br>Email: kevin@rhemalegal.com |
| **ATTORNEY FOR PLAINTIFF** | **Attorney for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Kevin M. Chavez
KEVIN M. CHAVEZ, PLLC
6260 Westpark Dr., Suite 303
Houston, Texas 77057
ATTORNEY-IN-CHARGE FOR DEFENDANTS

*s/ Travis Gasper*
Travis Gasper