IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARISA CATOTA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TIERRA VIVA, INC. and EDUARDO LOPEZ, individually, <br><br> Defendants. | § § § § § § § § § § § § § § |  Civil Action No. 4:23-cv-3187 |

## ORDER

The Court has considered the Joint Motion for Continuance of Scheduling Conference, and is of the opinion that the Motion has merit and should be and is hereby GRANTED.

It is therefore ORDERED that the current Scheduling Conference in this case, currently set for December 1, 2023, at 1:00 p.m., is reset to _____. The Scheduling Conference will be by Zoom. The joint discovery/case management plan is due _____.

SIGNED on _____, 2023, at Houston, Texas.

Lee H. Rosenthal
United States District Judge