IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARISA CATOTA, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 4:23-cv-3187 |
| TIERRA VIVA, INC. and EDUARDO LOPEZ, individually, | § § § § | |
| Defendants. | § § § § § | |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order (Doc. 5), Plaintiff Marisa Catota files this Certificate of Interested Persons. Plaintiff identifies the following persons or entities that are financially interested in the outcome of this litigation:

1. Plaintiff Marisa Catota;

2. Plaintiff Cecilia Blanco;

3. Plaintiffs' counsel, Gasper Law PLLC;

4. Defendant Tierra Viva, Inc.;

5. Defendant Eduardo Lopez; and

6. Defendants' counsel, Kevin M. Chavez, PLLC.

If new parties are added or if additional persons or entities financially interested in the outcome of the litigation are identified during this litigation, Plaintiff will promptly file an amended certificate with the Clerk.

Respectfully submitted,

**GASPER LAW PLLC**

By:   *s/ Travis Gasper*
     Travis Gasper, *attorney-in-charge*
     Texas Bar No. 24096881
     SDTX Bar No. 3073720
     1408 N. Riverfront Blvd., Suite 323
     Dallas, Texas 75207
     Phone: (469) 663-7736
     Fax: (833) 957-2957
     Email: travis@travisgasper.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Kevin M. Chavez
KEVIN M. CHAVEZ, PLLC
6260 Westpark Dr., Suite 303
Houston, Texas 77057
ATTORNEY-IN-CHARGE FOR DEFENDANTS

                            *s/ Travis Gasper*
                            Travis Gasper