IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARISA CATOTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIERRA VIVA, INC. and EDUARDO LOPEZ, individually,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 4:23-cv-3187<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## PRELIMINARY SCHEDULING AND DOCKET CONTROL ORDER[1]

The disposition of this case will be controlled by the following preliminary schedule:

1. January 5, 2024 — **INITIAL DISCOVERY DISCLOSURES**

2. March 5, 2024 — **PLAINTIFF'S MOTION FOR NOTICE**

3. March 5, 2024 — **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
   Parties filing motions after this deadline must show good cause.

4. March 25, 2024 — **DEFENDANTS' RESPONSES TO MOTION FOR NOTICE**

5. April 15, 2024 — **PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NOTICE**

6. **ORAL ARGUMENTS ON MOTION FOR NOTICE**
   The court will hear argument at _____ CST.

---

[1] The Parties' Joint Discovery/Case Management Plan (Doc. 14) proposes an initial discovery phase focused on issues relevant to a motion for notice to be filed by Plaintiff. The Parties ask that scheduling order deadlines, other than those set forth above, be established after it is known if the Court grants notice to potential plaintiffs. The proposed deadlines above were included in a Preliminary Scheduling and Docket Control Order entered by this Court in *Sterling v. Greater Houston Transp. Co., et al.*, No. 4:20-cv-910 (S.D. Tex. July 15, 2020) (ECF 24).

**PRELIMINARY SCHEDULING AND DOCKET CONTROL ORDER**       Page 1

SIGNED ON _____, 2023 at Houston, Texas.

                                              Lee H. Rosenthal
                                        Chief United States District Judge

APPROVED AS TO FORM:

| **GASPER LAW PLLC** | **Kevin M. Chavez, PLLC** |
|---|---|
| By: *s/ Travis Gasper* | By: */s/ Kevin Chavez (with permission)* |
| Travis Gasper, *attorney-in-charge* | 6260 Westpark Drive, Suite 303 |
| Texas Bar No. 24096881 | Texas Bar No. 24034371 |
| SDTX Bar No. 3073720 | SDTX Bar No. 32889 |
| 1408 N. Riverfront Blvd., Suite 323 | 6260 Westpark Dr., Suite 303 |
| Dallas, Texas 75207 | Houston, Texas 77057 |
| Phone: (469) 663-7736 | Phone: (832) 209-2209 |
| Fax: (833) 957-2957 | Fax: (866) 929-1647 |
| Email: travis@travisgasper.com | Email: kevin@rhemalegal.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Kevin M. Chavez
KEVIN M. CHAVEZ, PLLC
6260 Westpark Dr., Suite 303
Houston, Texas 77057
ATTORNEY-IN-CHARGE FOR DEFENDANTS

                                              *s/ Travis Gasper*
                                              Travis Gasper