United States District Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARISA CATOTA, individually and on behalf of all others similarly situated,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 4:23-cv-3187 |
| **TIERRA VIVA, INC. and EDUARDO LOPEZ, individually,** | § § § | |
| **Defendants.** | § § § | |

## **ORDER**

The Joint Motion for Continuance of Scheduling Conference is GRANTED.

The Initial Pretrial and Scheduling Conference in this case is reset for **January 26, 2024, at 11:00 a.m**. by Zoom. A link will be provided. The joint discovery/case management plan is due by January 19, 2024.

SIGNED on November 27, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge