IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARISA CATOTA, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**TIERRA VIVA, INC. and EDUARDO LOPEZ, individually,**<br><br>Defendants. | §§§§§§§§§§§§§§§§ Civil Action No. 4:23-cv-3187 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Marisa Catota, individually and on behalf of all others similarly situated, and Defendants, Tierra Viva, Inc. and Eduardo Lopez, individually, file this Joint Notice of Settlement, and respectfully show the Court the following:

1. Plaintiff and Defendants have reached a settlement in the above-referenced case and are in the process of finalizing the settlement details, including preparation of the settlement agreement and dismissal documents.

2. The Parties anticipate that the settlement process, including preparation of settlement and dismissal documents, should be completed within the next 30 days, and request the Court to Stay all pending deadlines and proceedings during this time.

Respectfully submitted,

| | |
|---|---|
| **GASPER LAW PLLC**<br><br>By: *s/ Travis Gasper*<br>    Travis Gasper, *attorney-in-charge*<br>    Texas Bar No. 24096881<br>    SDTX Bar No. 3073720<br>    1408 N. Riverfront Blvd., Suite 323<br>    Dallas, Texas 75207 | Kevin M. Chavez, PLLC<br><br>By: /s/ Kevin Chavez (with permission)<br>    6260 Westpark Drive, Suite 303<br>    Texas Bar No. 24034371<br>    SDTX Bar No. 32889<br>    6260 Westpark Dr., Suite 303<br>    Houston, Texas 77057 |

| | |
|---|---|
| Phone: (469) 663-7736 | Phone: (832) 209-2209 |
| Fax: (833) 957-2957 | Fax: (866) 929-1647 |
| Email: travis@travisgasper.com | Email: kevin@rhemalegal.com |

**ATTORNEY FOR PLAINTIFF**     **Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Kevin M. Chavez
KEVIN M. CHAVEZ, PLLC
6260 Westpark Dr., Suite 303
Houston, Texas 77057
ATTORNEY-IN-CHARGE FOR DEFENDANTS

*s/ Travis Gasper*
Travis Gasper