IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARISA CATOTA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TIERRA VIVA, INC. and EDUARDO LOPEZ, individually, <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:23-cv-3187 |

# FINAL JUDGMENT

In accordance with the order granting approval of the settlement agreement and with the terms of that settlement, final judgment is entered dismissing the plaintiffs' claims, with prejudice.

SIGNED on _____, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge